**Electronically Filed
Supreme Court
SCWC-24-0000619
15-SEP-2025
10:25 AM
Dkt. 30 OGAC**

SCWC-24-0000619

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF T.J., I.T, A.T.1, A.T.2, and K.T.2,
(CAAP-24-0000619; CASE NO. FC-S 23-00105)

---------------------------------------------------------------------

IN THE INTEREST OF L.T.
(CAAP-24-0000620; CASE NO. FC-S 24-00081)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting, C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Toʻotoʻo, in place of Recktenwald, C.J., recused)

Petitioner/Father-Appellant's Application for Writ of

Certiorari, filed on July 17, 2025, is hereby accepted and will

be scheduled for oral argument.  The parties will be notified by

the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, September 15, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Faʻauuga Toʻotoʻo

